1

2

JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500

3

San Jose, California 95112-7709
Telephone : (408) 293-0463

4

Facsimile : (408) 293-9514
Email: jon@rankinstock.com

5

6

*Attorneys for Defendants*
*CITY OF SANTA CLARA, ZACHARY WICHT,*

7

*MAXIMILIAN NIELEPKO, JASON D'AMICO,*
*ANTHONY PIANTO, PETER STEPHENS, TOM*

8

*LIU, and PAUL GARCES*

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

MARCUS DEAN DIAZ,

Case No. 3:20-cv-03506 RS

14

Plaintiff,

**STIPULATION AND ORDER**
**REGARDING CONVERSION OF**

15

v.

**ENE TO PRIVATE MEDIATION**
**WITH RET. MAGISTRATE JUDGE**

16

CITY OF SANTA CLARA, OFFICER
ZACHARY WICHT, individually, OFFICER

**NANDOR VADAS, EXTENSION OF**
**EXPERT DEADLINES**

17

MAXIMILIAN NIELEPKO, individually,
OFFICER JASON D'AMICO, individually,

18

OFFICER ANTHONY PIANTO, individually,
OFFICER PETER STEPHENS, individually,

19

OFFICER TOM LIU, and OFFICER PAUL
GARCES, individually, and DOES 1-200,

20

jointly and severally,

21

Defendants.

22

23

24

PURSUANT TO CIVIL LOCAL RULE 6-2(a), THE PARTIES HEREBY STIPULATE,

THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

25

26

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER
REGARDING CONVERSION OF ENE TO
PRIVATE MEDIATION WITH RET.
MAGRISTRATE JUDGE NANDOR VADAS,
EXTENSION OF EXPERT DEADLINES
CASE NO. 3:20-CV-03506 RS

1. The parties have throughout this litigation been working together in good faith to accomplish necessary discovery and depositions. However, due in large part to the number of police officers who responded to the underlying incident involving Plaintiff, discovery has taken a significant amount of additional time to complete, and some depositions remain outstanding.

2. In the meantime, the case and litigation have developed into a state where the parties believe that private mediation would be beneficial as opposed to an Early Neutral Evaluation ("ENE"). The parties appreciate the time and efforts of neutral David A. Levy – who was appointed as neutral by the Court (Docket 29) - but have elected to utilize the mediation services of Retired Mag. Judge Nandor Vadas of ADR Services, Inc. The parties agree this will be a private (not Court panel) mediation and the parties will be responsible for the fees for Judge Vadas. The parties have scheduled a full-day mediation with Judge Vadas for January 21, 2022.

3. The parties are not requesting a further extension of the ADR compliance deadline (February 1, 2022, per Docket 40), but wish to alert the Court and stipulate that they would like to convert the ENE to a private mediation with Judge Vadas.

4. In the meantime, the parties would like to defer some of the significant expert costs which are anticipated in the closing stages of expert reports and discovery, with the hope that saving those expenses will be more conducive to a potential settlement in mediation on January 21, 2022.

5. This is the parties' second request for an extension on these deadlines, and this extension will not affect the trial date (July 11, 2022), or any other dates set by the Court.

6. The parties stipulate that the following dates/deadlines may be extended as stated:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|

STIPULATION AND [PROPOSED] ORDER
REGARDING CONVERSION OF ENE TO
PRIVATE MEDIATION WITH RET.
MAGRISTRATE JUDGE NANDOR VADAS,
EXTENSION OF EXPERT DEADLINES
CASE NO. 3:20-CV-03506 RS

| Designation of Experts with Reports | January 28, 2022 | February 18, 2022 |
| Designation of Rebuttal Experts with Reports | Feb. 4, 2022 | February 25, 2022 |
| Expert Discovery Cutoff | Feb. 25, 2022 | March 11, 2022 |

DATED:  /s/ December 29, 2021          RANKIN | STOCK | HEABERLIN | ONEAL

By:  _____/s/ Jon A. Heaberlin_____
JON A. HEABERLIN
*Attorneys for Defendants CITY OF* SANTA CLARA OFFICER ZACHARY WICHT, OFFICER MAXIMILIAN NIELEPKO, OFFICER JASON D'AMICO, OFFICER ANTHONY PIANTO, OFFICER PETER STEPHENS, OFFICER TOM LIU, and OFFICER PAUL GARCES

DATED:  /s/ December 29, 2021          LAW OFFICES OF PANOS LAGOS

By:  _____/s/ Panos Lagos_____
PANOS LAGOS
*Attorneys for Plaintiff MARCUS DEAN DIAZ*

## ORDER

STIPULATION have been made, and GOOD CAUSE otherwise appearing, the Court

hereby orders the parties to complete a private mediation with Retired Mag. Judge Nandor Vadas,

by February 1, 2022.  This will be lieu of the parties' prior order to an Early Neutral Evaluation.

The time complete expert discovery and designate expert witnesses, shall be modified as follows:

| Event | Current Date/Deadline | New Date/Deadline |
| --- | --- | --- |

STIPULATION AND [PROPOSED] ORDER REGARDING CONVERSION OF ENE TO PRIVATE MEDIATION WITH RET. MAGRISTRATE JUDGE NANDOR VADAS, EXTENSION OF EXPERT DEADLINES
CASE No. 3:20-CV-03506 RS

| | | |
|---|---|---|
| Designation of Experts with Reports | January 28, 2022 | February 18, 2022 |
| Designation of Rebuttal Experts with Reports | Feb. 4, 2022 | February 25, 2022 |
| Expert Discovery Cutoff | Feb. 25, 2022 | March 11, 2022 |

**IT IS SO ORDERED.**

DATED: 1/3/2022

_____

JUDGE OF THE U.S. DISTRICT COURT

- 4 -

STIPULATION AND [PROPOSED] ORDER
REGARDING CONVERSION OF ENE TO
PRIVATE MEDIATION WITH RET.
MAGRISTRATE JUDGE NANDOR VADAS,
EXTENSION OF EXPERT DEADLINES
CASE NO. 3:20-CV-03506 RS