**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff,*
**MARCUS DEAN DIAZ**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS DEAN DIAZ**, | **Case No.** 3:20-cv-03506-RS |
| Plaintiff, | STIPULATION AND  ORDER |
| vs. | CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |
| **CITY OF SANTA CLARA, et al.**, | |
| Defendants. | Hon. Richard Seeborg, Chief District Judge |

The parties, by and through their respective counsel, hereby agree, stipulate and request that the Case Management Conference presently set for January 20, 2022 at 10:00 a.m. be continued to February 10, 2022 at 10:00 a.m. The continuance is requested by both parties given the Mediation proceeding set for January 21, 2022.

///

///

///

///

STIPULATION AND PROPOSED ORDER CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE
*Diaz v. City of Santa Clara, et al.*
USDC (N.D. Cal.) Case No.: 3:20-cv-03506-RS                                        – 1 –

1

**IT IS SO STIPULATED.**

2

3  Respectfully submitted,

4  Dated: January 7, 2022          LAW OFFICE OF SANJAY S. SCHMIDT
                                    -and-
5                                   LAW OFFICES OF PANOS LAGOS

6

7                                   */s/Panos Lagos, Esq.*
8                                   By: Panos Lagos
                                    Attorneys for Plaintiff
9                                   MARCUS DEAN DIAZ

10  Dated: January 3, 2022          RANKIN, STOCK, HEABERLIN, ONEAL

11

12                                  By:   */s/Jon A. Heaberlin* (as authorized 1/3/2022)
                                    Jon A. Heaberlin, Esq.
13                                  Attorneys for Defendants,
                                    CITY OF SANTA CLARA, ZACHARY WICHT,
14                                  MAXIMILIAN NIELEPKO, JASON D'AMICO,
                                    ANTHONY PIANTO, PETER STEPHENS,
15                                  TOM LIU, PAUL GARCES

16

17                        **<u>ORDER</u>**

18          Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY

19  ORDERED that the Initial Case Management Conference is continued to February 10, 2022 at

20  10:00 a.m.   Joint Case Management Statement due February 3, 2022.

21

22  Dated: <u>January 7, 2022</u>

23                                  Hon. Richard Seeborg

24

25

26

27

28

STIPULATION AND PROPOSED ORDER CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE
*Diaz v. City of Santa Clara, et al.*
USDC (N.D. Cal.) Case No.: 3:20-cv-03506-RS                    – 2 –