UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS DEAN DIAZ,

          Plaintiff,

    v.

ZACHARY WICHT, et al.,

          Defendants.

Case No. 20-cv-03506-RS

**ORDER SHORTENING TIME AND EXTENDING DISCLOSURE DEADLINE**

        Pursuant to the parties' stipulation and good cause appearing, plaintiff's motion to continue all pretrial deadlines and trial dates and/or to vacate the existing scheduling order will be heard in conjunction with the Case Management Conference on May 5, 2022, at 10:00 a.m. The motion shall be e-filed by April 25, 2022. The opposition shall be e-filed by April 29, 2022. Pending the hearing, the expert disclosure deadline is extended to May 13, 2022.

**IT IS SO ORDERED**.

Dated: April 20, 2022

_____
RICHARD SEEBORG
Chief United States District Judge