JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN | ONEAL**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: jon@rankinstock.com

*Attorneys for Defendants*
CITY OF SANTA CLARA, ZACHARY WICHT, MAXIMILIAN NIELEPKO, JASON D'AMICO, ANTHONY PIANTO, TOM LIU, and PAUL GARCES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DEAN DIAZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA, OFFICER ZACHARY WICHT, individually, OFFICER MAXIMILIAN NIELEPKO, individually, OFFICER JASON D'AMICO, individually, OFFICER ANTHONY PIANTO, individually, OFFICER PETER STEPHENS, individually, OFFICER TOM LIU, and OFFICER PAUL GARCES, individually, and DOES 1-200, jointly and severally,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03506 RS<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL DATE**<br><br>**Current Trial Date: May 30, 2023** |

　　　WHEREAS, this case arises out of a May 25, 2018, police incident involving a pursuit and subsequent apprehension of Plaintiff which involved multiple uses of force;

　　　WHEREAS, the original trial date of July 11, 2022, was set by the Court on December 3, 2020 (Docket 28), but was vacated upon Plaintiff's motion by an Order dated May 5, 2022

- 1 -

(Docket 67), after Plaintiff underwent a significant amount of new medical treatment in Spring 2022 and contemplated cervical surgery. (Docket 63, p.4:4-22);

WHEREAS, the current trial date of May 30, 2023, was set by the Court on September 15, 2022 (Docket 71);

WHEREAS, Plaintiff underwent a two-level cervical fusion surgery on September 29, 2022, but (through no fault of counsel) the surgical report and associated records were not produced to defense counsel until early January 2023;

WHEREAS, Plaintiff has recently undergone additional diagnostics, including left shoulder MRI's on 12/15/22 and 1/25/23, and a vertebral motion diagnostic analysis on 1/27/23;

WHEREAS, Plaintiff's counsel has recently disclosed that his experts are opining the need for a future total shoulder replacement and have prepared a future life care plan of approximately $2,000,000;

WHEREAS, defense counsel has not to date retained experts in the field of orthopedic surgery or life care planning, and cannot meaningfully retain such experts and have them prepared in time for the May 30, 2023 trial date;

WHEREAS, the parties agree that in fairness, defense counsel ought to have some additional time to retain experts and have them prepared for trial;

WHEREAS, the parties presented for a settlement conference with Magistrate Judge Robert Illman on December 5, 2023, and recently contacted Judge Illman's clerk to set up a further session; and

WHEREAS, Plaintiff's counsel and defense counsel continue to have candid discussions regarding settlement.

PURSUANT TO CIVIL LOCAL RULE 6-2(a), THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. That the May 30, 2023, trial date be VACATED.
2. That the trial date be reset to one of the following dates, if open and available on the Court's calendar – August 7, 14, or 21, 2023; or, October 23 or 30, 2023.

3.  If none of these dates are open and available, the Court may set a case management conference for the purposes of re-setting trial, in the next 30 days.

DATED: /s/ March 16, 2023     RANKIN | STOCK | HEABERLIN | ONEAL

By:    */s/ Jon A. Heaberlin*
JON A. HEABERLIN
*Attorneys for Defendants CITY OF SANTA CLARA OFFICER ZACHARY WICHT, OFFICER MAXIMILIAN NIELEPKO, OFFICER JASON D'AMICO, OFFICER ANTHONY PIANTO, OFFICER PETER STEPHENS, OFFICER TOM LIU, and OFFICER PAUL GARCES*

DATED: /s/ March 16, 2023     LAW OFFICES OF PANOS LAGOS

By:    */s/ Panos Lagos*
PANOS LAGOS
*Attorneys for Plaintiff MARCUS DEAN DIAZ*

### ORDER

STIPULATION have been made, and GOOD CAUSE otherwise appearing, the May 30, 2023 trial date shall be VACATED.  Further Case Management set for **April 20, 2023 at 10:00 am via Zoom Webinar.**  Case Management Statement due April 13, 2023.

**IT IS SO ORDERED.**

DATED: 3/17/2023

_____
JUDGE OF THE U.S. DISTRICT COURT