DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
DANA K. OIUM, State Bar No. 297097
doium@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD &
WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

*Attorneys for Defendants*
ZACHARY WICHT, MAXIMILIAN NIELEPKO,
JASON D'AMICO, ANTHONY PIANTO, TOM
LIU, and PAUL GARCES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DEAN DIAZ,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF SANTA CLARA, OFFICER ZACHARY WICHT, individually, OFFICER MAXIMILIAN NIELEPKO, individually, OFFICER JASON D'AMICO, individually, OFFICER ANTHONY PIANTO, individually, OFFICER PETER STEPHENS, individually, OFFICER TOM LIU, and OFFICER PAUL GARCES, individually, and DOES 1-200, jointly and severally,<br><br>                Defendants. | Case No. 3:20-cv-03506 RS<br><br>**STIPULATION AND ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND VACATING TRIAL AND PRETRIAL CONFERENCE** |

WHEREAS, this case is currently set for trial to commence on November 13, 2023, with a Final Pretrial Conference of November 1, 2023;

WHEREAS, as outlined in the recent Stipulation and Order Regarding Expert Dates (Docket 98), defense counsel Jon A. Heaberlin is substituting out of the case to assume a position as a Commissioner in Santa Clara County Superior Court, and Dale L. Allen, Jr. who has

- 1 -

STIPULATION AND ORDER Case No.
3:20-cv-03506 RS

associated in, and will now be substituting in as lead counsel and will be trial counsel on the case for the defense;

WHEREAS, Mr. Allen has an impacted calendar in the coming months, and a preplanned, pre-paid vacation scheduled for Nov. 6-11, 2023, and will otherwise need additional time to review the voluminous file materials and Body-Worn Camera ("BWC") footage, and prepare for trial; and

WHEREAS, Plaintiff's counsel Panos Lagos, Esq. and Sanjay Schmidt, Esq. have graciously agreed to a short continuance of the trial date, but are opposed to a more lengthy continuance.

PURSUANT TO CIVIL LOCAL RULE 6-2(a), THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. That the trial date of November 13, 2023 be VACATED and reset (if the Court is available) for February 26, 2024.
2. The parties estimate the trial to be 8-10 days.
3. Some of Defendants' retained experts are not available until the week of March 4, 2024.
4. If the Court is not so available, or if the Court estimates the trial to be shorter than 8 days, that a case management and trial setting conference be scheduled at the earliest possible date so that the parties can confer with the Court on scheduling issues.

Dated: September 22, 2023          ALLEN, GLAESSNER,
                                   HAZELWOOD & WERTH, LLP


                                   By:  /s/ Dale L. Allen
                                        DALE L. ALLEN, JR.
                                        DANA K. OIUM
                                        Attorneys for Defendants
                                        CITY OF SANTA CLARA, ZACHARY
                                        WICHT, MAXIMILIAN NIELEPKO, JASON
                                        D'AMICO, ANTHONY PIANTO, PETER
                                        STEPHENS, TOM LIU, and PAUL GARCES

609465.1

DATED: September 22, 2023              LAW OFFICES OF PANOS LAGOS

                                       By:   /s/ Panos Lagos
                                             PANOS LAGOS
                                             *Attorneys for Plaintiff MARCUS DEAN DIAZ*

**ORDER**

STIPULATION have been made, and GOOD CAUSE otherwise appearing, The trial date of Nov. 13, 2023, shall be VACATED and The Final Pretrial Conference set for November 1, 2023 shall be VACATED.

The Court shall schedule a case management conference to discuss scheduling issues for _October 19, 2023 at 10:00 am_. Joint Case Management Statement Due October 12, 2023.

**IT IS SO ORDERED.**

DATED: September 25, 2023

JUDGE OF THE U.S. DISTRICT COURT