UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DEAN DIAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ZACHARY WICHT, et al.,<br><br>  Defendants. | Case No. 20-cv-03506-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **February 22, 2024**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 29, 2024, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  December 18, 2023

_____
Richard Seeborg
Chief United States District Judge