Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff*, **MARCUS DEAN DIAZ**

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
DANA K. OIUM, State Bar No. 297097
doium@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

*Attorneys for Defendants, ZACHARY WICHT, MAXIMILIAN NIELEPKO, JASON D'AMICO, ANTHONY PIANTO, TOM LIU, and PAUL GARCES*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS DEAN DIAZ**, | Case No. 3:20-cv-03506-RS |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |
| vs. | |
| **CITY OF SANTA CLARA, et al.**, | |
| Defendants. | |

Pursuant to the parties' Joint Notice of Settlement (ECF No. 123) and this Court's Standby Order of Dismissal (ECF No. 124), the parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court dismissing Plaintiff's Complaint (ECF No. 1), the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of this Stipulation been obtained from each signatory pursuant to Civil Local Rule 5.1 (h)(3).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: February 26, 2024

LAW OFFICE OF SANJAY S. SCHMIDT
-and-
LAW OFFICES OF PANOS LAGOS

*/s/Panos Lagos*
By: Panos Lagos, Esq.
Attorneys for Plaintiff
MARCUS DEAN DIAZ

Dated: February 22, 2024

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

*/s/Dale L. Allen, Jr.*
DALE L. ALLEN, JR.
DANA K. OIUM
Attorneys for Defendants
ZACHARY WICHT, MAXIMILIAN NIELEPKO, JASON D'AMICO, ANTHONY PIANTO, TOM LIU, and PAUL GARCES

///
///
///
///

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

As allowed by Fed. R. Civ. P. 41(a)(i) and (ii), this entire matter is hereby dismissed, in its entirety, with prejudice, against all Defendants, each party to bear their own fees and costs. The clerk shall close this matter.

**IT IS SO ORDERED**

Dated: 2/26/2024

HON. RICHARD SEEBORG,
Chief United States District Judge

STIPULATION AND ORDER DISMISSING ENTIRE ACTION *Diaz v. City of Santa Clara, et al.*
USDC (N.D. Cal.) Case No.: 3:20-cv-03506-RS

3